**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7483**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

    versus

WENDELL WOOD,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CR-93-90, CA-00-718-2)

———————————

Submitted:  October 18, 2001       Decided:  October 30, 2001

———————————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Wendall Wood, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wendell Wood seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] See United States v. Wood, Nos. CR-93-20; CA-00-718-2 (E.D. Va. July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although we have not determined when the limitations period accrues for claims raising issues under Apprendi v. New Jersey, 530 U.S. 466 (2000), see United States v. Sanders, 247 F.3d 139, 144 (4th Cir. 2001), we have held, as the district court recognized, that Apprendi does not apply retroactively on collateral review. Id. at 151.